**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**09-18-00267-CR**
**09-18-00268-CR**
_____

**Kevin Kamper, Appellant**

**V.**

**The State of Texas, Appellee**

_____

**On Appeal from the 252nd District Court**
**of Jefferson County, Texas**
**Trial Cause Nos. 16-26420 and 16-26421**

_____

**ORDER**

Appellant's counsel filed a motion to withdraw supported by a brief concluding that the instant appeals are frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's counsel certified that counsel provided copies of the motion and brief to Appellant, advised Appellant of Appellant's right to examine the appellate record and file a pro se response, and supplied Appellant with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014).

Appellant requested access to the appellate record with this Court. We hereby direct the clerk of the trial court to provide access to a paper copy of the reporter's record and clerk's record to appellant, and to provide written verification to this Court of the date and manner in which the appellate record was provided, on or before **Friday, January 18, 2019**. *See id.*, 436 S.W.3d at 321-22.

ORDER ENTERED January 8, 2019.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.